S. W. BRIDGES & Co., INC., Appellant, *v.* CHARLES E. BARRY et al., Copartners under the Firm Name of HENRY W. PEABODY &. COMPANY, Respondents.

(Submitted February 18, 1924; decided February 26, 1924.)

Motion for re-argument and to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 237 N. Y. 281.)

---

In the Matter of the Claim of PHILIP NEGLIA, Respondent, against G. A. ZIMMERMAN et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted February 18, 1924; decided February 26, 1924.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 237 N. Y. 131.)

---

JOANNES BROTHERS COMPANY, Appellant, *v.* ARTHUR H. LAMBORN et al., Respondents.

(Submitted February 18, 1924; decided February 26, 1924.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 237 N. Y. 207.)